IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| 1. | JOANNA HOUSE, | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| v. | | ) | CIV-15-579-F |
| | | ) | |
| 1. | SCIENTIFIC GAMES INTERNATIONAL, INC., | ) ) | |
| | | ) | ATTORNEY LIEN CLAIMED |
| | Defendant. | ) | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Joanna House, hereby stipulates with the Defendant, Scientific Games International, Inc., that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 12th DAY OF FEBRUARY, 2016.**

s/Lauren W. Johnston
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:    405-239-3800
Facsimile:    405-239-3801
leonardjb@leonardlaw.net
*Counsel for Plaintiff*

 s/Jessica L. Craft
(Signed with permission)
Michael L. Carr, OBA #17805

        Jessica L. Craft, OBA #31126
        HOLDEN & CARR
        15 East 5th Street, Suite 3900
        Tulsa, OK 74103
        Tele:  918-295-8888
        Fax:   918-295-8889
        MikeCarr@HoldenLitigation.com
        JessicaCraft@HoldenLitigation.com
        *Counsel for Defendant*